# Court of Appeals
# of the State of Georgia

ATLANTA, ___April 10, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1211.  SHOOTER ALLEY, INC. v. MALCOLM GONZALEZ.**

Having considered Appellant's MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___04/10/2014___
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

___Stephen E. Castlen___, *Clerk.*